IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PETER BRICE MCKOY, JR., as Administrator of the Estate of John Carl West, Jr., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS LANKFORD, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )  1:22-cv-604 (LMB/JFA) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

The jury having reached a verdict in favor of plaintiffs, it is hereby

ORDERED that plaintiffs be and are awarded $566,157.01 in total damages with no pre-judgment interest; and it is further

ORDERED that the parties meet and confer as to the unresolved attorney's fees and try to resolve those issues within fourteen (14) days. If the parties are unable to resolve the issues, plaintiffs' motion for attorney's fees must be filed within thirty (30) days of the date of this Order, and defendants' response will be due within fourteen (14) days.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 28 day of March, 2023.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge