FILED
IN OPEN COURT

 ? 8 2023

 COURT
 VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

PETER BRICE McKOY, JR., and JOHN C. )
WEST, JR., LLC, )
)
Plaintiffs, )
) 1:22-cv-604 (LMB/JFA)
v. )
)
THOMAS LANKFORD and )
LANKFORD & REED, PLLC, )
)
Defendants. )

## VERDICT FORM

1. Have the Defendants proven by clear and convincing evidence that Jack West waived his right to ~~future~~ compensation under Section 3(A)(ii) of the Settlement Agreement?

Yes _____   No __X__

If your answer to Question 1 is "Yes," please have the foreperson sign and date the verdict form and do not answer any other questions. If your answer to Question 1 is "No," proceed to question 2.

2. If the Plaintiffs are entitled to recover the payment obligations under the Settlement Agreement of December 28, 2017, what have they proven by the greater weight of the evidence are the amount(s) of their damages and the dates on which the amount(s) became due under the Settlement Agreement?

| Date Payment Due to Plaintiffs | Amount Due |
|---|---|
| 3/3/2019 | $201,987.24 |
| 3/12/2019 | 33,668.91 |
| 6/11/2019 | 1,048.88 |
| 12/21/2020 | 276,467.31 |
| 2/13/2021 | 5,400.64 |
| 2/16/2021 | 39,993.94 |
| 2/21/2021 | 729.82 |
| 3/14/2021 | 1,459.63 |
| 4/17/2021 | 5,400.64 |

3. If the Plaintiffs are entitled to recover, do you believe they ought to recover interest (at the statutory rate of 6% per year) from the date each payment was due, as identified above?

Yes _____     No __X__

When you have completed your deliberations, your foreperson should date and sign the verdict form below.

DATED this _3/28_ day of March 2023.

_____
Signature of Foreperson

_____
Printed Name of Foreperson

2